In re W. L. BATES, et al.

No. A-1563.

Habeas corpus application to be let to bail by W. L. Bates, Will Stiles and Millard Vaught. Bail allowed and fixed at twelve thousand dollars for Vaught, and eight thousand dollars each for Bates and Stiles, to be approved by the clerk of the district court of LeFlore county.

---

In re JOE MULHOLLAND.

No. A-1616.

Petition of Joe Mulholland for writ of habeas corpus. Writ denied.

Richardson & Warren, for petitioner.

Chas. West, Atty. Gen., for the State.

PER CURIAM. This is an application to this court for writ of habeas corpus to release the petitioner, Joe Mulholland, from the custody of W. H. Loftin, sheriff of Choctaw county. It appearing that said petitioner is held under and by virtue of a bench warrant issued upon an information duly filed by county attorney in the district court of Choctaw county, wherein the petitioner is charged with the crime of sodomy, the writ will be denied.

---

JOE PROCTOR v. STATE.

No. A-1635.

Appeal from County Court, Oklahoma County;

John W. Hayson, Judge.

Joe Proctor convicted of violatnig the prohbitory law, appeals. Appeal dismissed.

J. H. Beaty, Ledru Guthrie, McAdams & Haskell, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the offense of having intoxicating liquors in his possession with the intent and purpose to sell the same contrary to law. To reverse the judgment an appeal was perfected. Pending the determination of the appeal, on the 30th day of September, 1914, a full and unconditional pardon was granted. This pardon has been exhibited to the court and filed in the case.

Upon the authority of Stewart v. State, ante, 146 Pac. 921, it is our opinion that the same is a valid and effectual pardon. When an appeal from a judgment of conviction is pending in this court and the fact that a pardon has been granted is called to the attention of the court, the appeal will be dismissed as having been abandoned. The appeal herein is, therefore, dismissed.